**Order entered July 16, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00767-CR

### EX PARTE PATRICK LENARD

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62409-V**

## ORDER

The Court **GRANTS** appellant's July 13, 2014 motion to extend time to file the supplemental clerk's record and brief as follows.

We **ORDER** that the supplemental clerk's record containing the trial court's written order on the pretrial bond motion and the trial court's certification of appellant's right to appeal be filed by **JULY 30, 2014**.

We **ORDER** appellant to file his brief by **AUGUST 8, 2014**. We **ORDER** the State to file its brief by **AUGUST 18, 2014**. No further extensions will be granted. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief.

The appeal remains set for submission on September 11, 2014.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE